SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES VILLAREAL,<br><br>        Defendant. | CR No.: 3-07-70098 MEJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |

    On March 5, 2007, the parties in this case appeared before the Court for a preliminary hearing. At that time, the parties requested and the Court agreed to continue the hearing to March 21, 2007. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from March 5, 2007, to and including March 21, 2007. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties represented that granting the continuance was the

Stipulation and [~~Proposed~~] Order

1  reasonable time necessary for continuity of defense counsel and effective preparation of defense
2  counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
3  The parties also agreed that the ends of justice served by granting such a continuance
4  outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §
5  3161(h)(8)(A).
6  SO STIPULATED:

7                                              SCOTT N. SCHOOLS
                                            Interim United States Attorney
8
9  DATED:   3/12/2007                                 /s/ Derek Owens
10                                             DEREK OWENS
                                            Special Assistant United States Attorney

11 DATED:   3/15/2007                                 /s/ Geoff Hansen
12                                             GEOFF HANSEN
                                            Federal Public Defender
13

14     For the reasons stated above, the Court finds that an exclusion of time from March 5, 2007,
15 to and including March 21, 2007, is warranted and that the ends of justice served by the
16 continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18
17 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would
18 deny Mr. Villareal continuity of counsel and would deny defense counsel the reasonable time
19 necessary for effective preparation, taking into account the exercise of due diligence, and would
20 result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
21
22 SO ORDERED.
23 DATED: March 16, 2007
24                                      THE HON. ELIZABETH D. LAPORTE
                                     United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*

Stipulation and [Proposed] Order