PROPOSED ORDER/COVER SHEET

TO:     Honorable Maria Elena James          RE:     Villareal, James
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief          DOCKET NO.:   3-07-70098  CR-07-195
        U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

        Rich Sarlatte                                  415-436-7508
        U.S. Pretrial Services Officer                 Telephone Number

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   1. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment;

   2. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services;

   3. The defendant shall address his outstanding warrant from San Mateo County, California; and

   4. The defendant shall participate in domestic violence counseling as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:

_____          MARIA-ELENA JAMES                    4-17-07
JUDICIAL OFFICER                   UNITED STATES MAGISTRATE JUDGE       DATE

Cover Sheet (12/03/02)